CONFESSION OF ERROR
 

 PER CURIAM.
 

 Based upon the State’s proper confession of error, we hold that the trial court erred in reclassifying defendant’s trafficking conviction from a first-degree felony to a life felony, pursuant to section 775.087(1), Florida Statutes (2003) (providing, in part, that felony must be reclassified to a higher degree when the defendant commits the offense with a firearm). As the State concedes, the record lacks the required evidence that the defendant had physical possession of a firearm during the commission of the offense.
 
 See Campbell v. State,
 
 935 So.2d 614, 617-18 (Fla. 3d DCA 2006);
 
 Green v. State,
 
 18 So.3d 656, 658 n. 2, 659 n. 4 (Fla. 2d DCA 2009);
 
 Postell v. State,
 
 971 So.2d 986, 988-89 & n. 5 (Fla. 5th DCA 2008);
 
 Parker v. State,
 
 906 So.2d 1273 (Fla. 5th DCA 2005). Accordingly, we re
 
 *403
 
 verse and remand for the trial court to strike the firearm enhancement and to re-sentence the defendant for the first-degree felony offense of trafficking.
 

 Reversed and remanded.